## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA LaBRECQUE, as mother And next friend of T.N., <br><br> Plaintiff <br> v. <br><br> SCHOOL ADMINISTRATIVE DISTRICT NO. 57, et al., <br><br> Defendants | Civil No.   06-16-P-S |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 66) filed March 27, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED Defendant Chris Andriski's Motion to Dismiss (Docket No. 40) is GRANTED as to Counts I and II of the Amended Complaint and otherwise DENIED. Plaintiff is directed to file a Second Amended Complaint, consistent with the Magistrate Judge's Recommended Decision (Docket No. 66), within ten days.

                                                                                  /s/ George Z. Singal      
                                                                                 Chief United States District Judge

Dated this 18th day of April, 2006.