UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| PATRICIA LaBRECQUE, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )  Civil No. 06-16-P-S |
| | ) |
| SCHOOL ADMINISTRATIVE | ) |
| DISTRICT NO. 57, et al., | ) |
| | ) |
|     Defendants | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on March 22, 2006 his Recommended Decision (Docket No. 57).  On April 5, 2006 Plaintiff filed her Objection (Docket No. 68).  On April 10, 2006, the School Defendants filed their Response to Objection (Docket No. 70).  On April 24, 2006, Defendants York County, York County Sheriff's Office and Cote, filed their Response to Objection (Docket No. 75).

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

       2.     It is <u>ORDERED</u> that Plaintiff's Motion for Contempt (Docket No. 32) and remedial sanctions or remedial order associated said motion for contempt is <u>DENIED</u>.  The request for a new temporary restraining order against the School Defendants is DENIED as Plaintiff has failed to demonstrate the likelihood of success on the merits that is essential to such relief.  (See *Matos v Clinton Sch. Dist.*, 367 F.3d 68, 73 (1st Cir. 2004)).

     /s/ George Z. Singal  
     Chief U.S. District Judge

Dated:  April 26, 2006.