# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA LABRECQUE, ) <br> As Mother and Next Friend, ) <br> And on behalf of T.N., ) <br>  ) <br>  Plaintiff, ) <br>  ) Docket No. 06-CV-16-P-S <br> v. ) <br>  ) <br> SCHOOL ADMINISTRATIVE ) <br> DISTRICT 57, et al., ) <br>  ) <br>  Defendants. ) | |

## ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

SINGAL, Chief District Judge

Before the Court is a Motion for Preliminary Injunction incorporated by reference into Plaintiff's Motion for Contempt, Remedial Order, Injunctive Relief and Sanctions (Att. to Docket # 2 & Docket # 32). To the extent that an explicit ruling on Plaintiff's Motion for Preliminary Injunction was not included in the Recommended Decision (Docket # 57), the Court hereby DENIES Plaintiff's Motion for Preliminary Injunction for the reasons set forth in the Recommended Decision.

SO ORDERED.

/s/ George Z. Singal
U.S. Chief District Judge

Dated this 2nd day of May, 2006.