## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA LABRECQUE,<br>As Mother and Next Friend,<br>And on behalf of T.N.,<br><br>   Plaintiff,<br><br>v.<br><br>SCHOOL ADMINISTRATIVE<br>DISTRICT 57, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)  Docket No. 06-CV-16-P-S<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER SEALING EXHIBIT

Defendants have filed a Motion for Leave to File a Motion for Sanctions (Docket # 122). Exhibit A of this filing does not comply with District of Maine Administrative Procedure Paragraph (i)(1). For this reason, the Court hereby ORDERS that Exhibit A to Docket # 122 be SEALED.

Counsel are reminded of their obligation to comply with the privacy provisions found in the District of Maine Administrative Procedures.

SO ORDERED.

                  /s/ George Z. Singal
                  U.S. Chief District Judge

Dated this 19th day of July 2006.